81,594-03

TO: COURT OF CRIMINAL APPEALS / COURT CLERK    11-8-15
Re: DITTMAN, JERRELL GLENN
CCA NO: WR-81,594-03
TRIAL COURT CASE NO: W10-00566-V (B)

On MARCH 4, 2015 THIS COURT (CCA) REMANDED MY CASE (STATED ABOVE) BACK TO DALLAS COUNTY FOR THE 2nd TIME.

On SEPTEMBER THE 18TH THIS COURT THIS COURT NOTIFIED THE DALLAS COUNTY JUDGE OF IT'S FAILURE TO COMPLY WITH THIS COURTS (CCA) SAID ORDER AND REQUESTED TO JUDGE TO HAVE HIS COURT CLERK FORWARD ALL SUPPLEMENTAL RECORDS, TRANSCRIPTS AND FINDINGS TO THE COURT OF CRIMINAL APPEALS.

TO THIS DATE NOVEMBER 8TH, 2015 I STILL HAVE NOT RECEIVED ANY RESPONSE, FINDINGS OF FACT, RECOMMENDATIONS, OR RULINGS FROM EITHER COURT.

Could you PLEASE LOOK IN TO THIS And INFORM ME OF THE STATUS OF MY CASE.

THANK YOU
JERRELL G. DITTMAN
#1701202 BYRD UNIT
HUNTSVILLE TX 77320

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 12 2015

Abel Acosta, Clerk